**No. 52953.**—Wilson & Co., Inc. v. United States, protests 134941–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question consists of "ox-gall concentrate and/or sheep gall concentrate" the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct, 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.